**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 48522)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
Nicholas R. Barthel, Esq. (SBN: 319105)
nicholas@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 49422)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARINA SOLIMAN, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SUBWAY FRANCHISEE ADVERTISING FUND TRUST, LTD.,**<br><br>**Defendant.** | Case No.: 5:18-CV-02049-RGK-SP<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(I)** |

Case # 5:18-CV-02049-RGK-SP         *Soliman v. Subway Franchise Advertising Fund Trust, LTD.*
**NOTICE OF VOLUNTARY DISMISSAL**

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Marina Soliman voluntarily dismisses the above-captioned action in its entirety without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Therefore, the Court may proceed to dismiss the action without prejudice.

Dated: October 1, 2018 　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　**KAZEROUNI LAW GROUP, APC**

　　　　　　　　　　　　　　　　　　　By: 　s/ JASON A. IBEY____
　　　　　　　　　　　　　　　　　　　　　JASON A. IBEY
　　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF